NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIAM LEE CHAMBLEE,
DOC #E13559,

       Appellant,

v.

STATE OF FLORIDA,

       Appellee.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2D19-419

Opinion filed November 27, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Pasco
County; Kemba Lewis, Judge.

William Lee Chamblee, pro se.

PER CURIAM.

       Affirmed.

KELLY, MORRIS, and SLEET, JJ., Concur.